**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ARQUARIUS ROBERTSON, *et al.*,<br><br>             Defendants. | 2:13–cr–141–JAD–VCF<br><br>**ORDER** |

This matter involves the United States of America's prosecution of Arquarius Robertson, Cortaz Robertson, and William Morrow for the armed robbery of a Garda armored car. (*See* Indict. (#1) at 1–2[1]). Before the court is Arquarius Robertson's motion to inspect the grand jury list (#55). In response, the government filed a motion to strike (#58) because Robertson filed the motion himself and not through his attorney.

A person represented by an attorney cannot file *pro se* motions. *United States v. Gallardo*, 915 F. Supp. 216, 218 (D. Nev. 1995) aff'd, 92 F.3d 1194 (9th Cir. 1996). This principle is codified by local Rule IA 10-6, which states that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Here, Robertson has attempted to appear or act in this case without his attorney. This was inappropriate.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the government's motion to strike (#58) is GRANTED.

---

[1] Parenthetical citations refer to the court's docket.

1

IT IS FURTHER ORDERED that Robertson's motion to inspect the grand jury list (#55) is STRICKEN.

IT IS SO ORDERED.

DATED this 11th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE