**FILED**
JUN 30 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-141-JAD-(VCF) |
| ARQUARIUS ROBERTSON, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

This Court found that ARQUARIUS ROBERTSON shall pay the criminal forfeiture money judgment of $36,320 in United States Currency, to be held jointly and severally liable with any codefendants in this case and the defendant in 13-cr-00067-GMN-GWF, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 137; Plea Agreement, ECF No. 139; Order of Forfeiture, ECF No. 146.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ARQUARIUS ROBERTSON the criminal forfeiture money judgment in the amount of $36,320 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title

///

///

///

1  ///
2  18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and
3  Title 21, United States Code, Section 853(p).

DATED this 30th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE