1

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,    )   Case No. 2:13-cr-141-JAD-VCF
            Plaintiff,       )
      vs.                    )        ORDER TEMPORARILY
ARQUARIUS ROBERTSON,         )        UNSEALING TRANSCRIPT
            Defendant.       )
_____)
```

On 9/2/2015, Felicia Zabin, Transcriber, received a Transcript Order form requesting transcripts from the Hearing re Motion to Withdraw (#47) held on 4/23/2014 and Hearing re Ex Parte Motion to Withdraw as Counsel (#61), from Mario Valencia, Esq., in which a portion of each hearing has been sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts as requested by Mario Valencia, Esq.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 30th day of September, 2015.

_____
JENNIFER A. DORSEY
United States District Judge