# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Arquarius Robertson,<br><br>    Defendant | Case No.: 2:13-cr-00141-JAD-VCF-1<br><br>**Order Denying Motion to Direct Government Agencies to Pay Restitution Balance**<br><br>[ECF No. 206] |

Back in 2013, defendant Arquarius Robertson was indicted on four criminal charges for his involvement in the robbery of an armored truck, which was transporting money for the Palace Station Hotel and Casino in Las Vegas.[1] Two years later, Robertson pleaded guilty under a plea agreement to two of those charges: (1) conspiracy to interfere with commerce by robbery and (2) use of a firearm during and in relation to a crime of violence.[2] As part of his plea agreement, Robertson agreed to, jointly and severally with his codefendants, forfeit the $36,320 that was recovered by law enforcement and pay restitution to the victim in the same amount.[3]

Robertson has now filed a pro se motion requesting "an order to be issued upon account holder of ARQUARIUS ROBERTSON for the total amount of restitution owed."[4] Construing this motion liberally, it appears that Robertson wants to pay off his liability. But it's unclear whether Robertson has the funds to satisfy that debt and, if so, why he can't make arrangements to pay it on his own, or whether he expects his "account holder" to pay his debt with its own money—which would be a meritless request. The bottom line is that the court cannot understand what it is that Robertson wants it to do.

---

[1] ECF No. 1.

[2] ECF No. 186.

[3] ECF No. 187.

[4] ECF No. 206.

1

Accordingly, IT IS HEREBY ORDERED that Robertson's motion **[ECF No. 206] is DENIED** without prejudice to his ability to refile it, clarifying the issues that I have identified.

Dated: August 15, 2018

_____
U.S. District Judge Jennifer A. Dorsey