# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00141-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Motions as Moot** |
| Arquarius Robertson, | ECF Nos. 208, 209 |
| Defendant | |

Defendant Arquarius Robertson pled guilty to and was convicted of Hobbs Act Conspiracy and Use of a Firearm During and in Relation to a Crime of Violence,[1] and he was ordered to pay restitution jointly and severally with his co-defendants in this armored-car robbery case. Robertson has filed pro se motions asking for a payoff number for that restitution.[2] But on September 12, 2019, the firearm conviction was reversed and this case was remanded for resentencing.[3] In light of this development, IT IS HEREBY ORDERED that the pending motions **[ECF Nos. 208, 209] are DENIED** as moot. The court will provide defendant an updated restitution amount at his sentencing hearing.

Dated: October 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 162 (judgment).
[2] ECF Nos. 208, 209.
[3] ECF No. 219.