|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-cr-00141-JAD-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ARQUARIUS ROBERTSON, | ) | ECF No. 250 |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Based on the Stipulation of the parties, the resentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the resentencing in the above-captioned matter that had been scheduled for March 30, 2020, at 10:00 a.m., be vacated and continued to March 30, 2020, at 10:00 a.m.

DATED: 2/24/2020

_____
JENNIFER A. DORSEY
United States District Judge

5