# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ARQUARIUS ROBERTSON,<br><br>        Defendant. | 2:13-CR-141-JAD-VCF<br><br>**Amended Final Order of Forfeiture** |

This Court found that Arquarius Robertson shall pay the in personam criminal forfeiture money judgment of $36,320, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 137; Plea Agreement, ECF No. 139; Order of Forfeiture, ECF No. 146.

[Lines 18-22 INTENTIONALLY LEFT BLANK]

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Arquarius Robertson the in personam criminal forfeiture money judgment of $36,320, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $36,320, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____July 6_____, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE